**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

KENNETH GIFFORD, on behalf of himself and
those similarly situated,

    Plaintiff,
v.                                                       CASE NO: 8:08-cv-867-T-26MSS

SOUTHERN TOWING AND RECOVERY, INC.,
and THOMAS RICHARDS,

    Defendants.
_____/

**O R D E R**

    Upon due consideration, it is ordered and adjudged that Plaintiff's Motion to Strike (Dkt. 14) is denied as unnecessary. To the extent that Defendant's denominated first and second affirmative defenses even constitute affirmative defenses under the law, Plaintiff can rest assured that any determination as to whether this case will proceed as a collective action will be made in accord with the relevant provisions of the Fair Labor Standards Act, 29 U.S.C. § 216(b), as well as governing Eleventh Circuit precedent. See Grayson v. K Mart Corp., 79 F.3d 1086, 1096 n.12 (11th Cir. 1996) (noting that "[a]lthough not an issue in this case, it is clear that the requirements for pursuing a § 216(b) class action are independent of, and unrelated to, the requirements for class actions under Rule 23 of the Federal Rules of Civil Procedure.") (citing LaChapelle v. Owens Illinois, Inc., 513 F.2d 286, 289 (5th Cir. 1979) for the proposition that Rule 23 and § 216(b) actions are "mutually exclusive and irreconcilable."); Dybach v. State of Florida Dep't of Corr., 942 F.2d 1562 (11th Cir. 1991).

    **DONE AND ORDERED** at Tampa, Florida, on July 7, 2008.

                                          s/*Richard A. Lazzara*
                                          **RICHARD A. LAZZARA**
                                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record